FILED
CLERK, U.S. DISTRICT COURT

DEC 26 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DIAZ,<br><br>        Petitioner,<br><br>    v.<br><br>K. HARRINGTON, WARDEN,<br><br>        Respondent. | CASE NO. CV 10-1813-JST (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 12·26·2011.

*Josephine Tucker*
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\DIAZ, C 1813\Judgment.wpd